United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 18, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-40211
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JORGE GARCIA-GONZALEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-02-CR-1007-ALL
--------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Jorge Garcia-Gonzalez (Garcia) appeals his sentence imposed
following his guilty plea conviction for illegal reentry
following deportation, a violation of 8 U.S.C. § 1326. Garcia
raises an issue that he concedes is foreclosed, but he seeks to
preserve it for further review.

Garcia argues that his prior conviction for possession of a
controlled substance is not an aggravated felony under U.S.S.G.
§ 2L1.2(b)(1)(C). This argument is foreclosed by our decision in

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

United States v. Caicedo-Cuero, 312 F.3d 697, 705-711 (5th Cir.
2002), *cert. denied*, 123 S. Ct. 1948 (2003).  Garcia's argument
that the rule of lenity is applicable is without merit because
the meaning of "aggravated felony" is not ambiguous.  *See* United
States v. Rivera, 265 F.3d 310, 312-13 (5th Cir. 2001).

AFFIRMED.